Fill in this information to identify your case:

United States Bankruptcy Court for the:
District of Arizona

Case number (if known): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  CLA RIVERSTONE, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  35-2526541

**4. Debtor's address**

Principal place of business
14631 N Scottsdale Road
Number  Street

Scottsdale    AZ    85254
City          State  ZIP Code

Maricopa County
County

Mailing address, if different from principal place of business
Number  Street

P.O. Box

City  State  ZIP Code

Location of principal assets, if different from principal place of business
Highway 6 & Riverstone Pkwy
Number  Street

Missouri City    TX    77459
City             State  ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

| Debtor | CLA RIVERSTONE, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

624410

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes. District _____ When __/__/____ Case number _____
If more than 2 cases, attach a separate list. District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes. Debtor CLA Flower Mound III, LLC  Relationship _____
District District of Arizona  When __/__/____
Case number, if known 2:18-bk-04743-BMW

List all cases. If more than 1, attach a separate list.

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 2

| Debtor | CLA RIVERSTONE, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number    Street

_____
City                    State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | CLA RIVERSTONE, LLC | Case number (if known) | |
|---|---|---|---|

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/5__
MM / DD / YYYY

X /s/ Ira Young
Signature of authorized representative of debtor

Ira Young
Printed name

Title **Authorized Representative**

**18. Signature of attorney**

X /s/ Michael Carmel    Date __8/5/2019__
Signature of attorney for debtor    MM / DD / YYYY

Michael Carmel
Printed name

Michael W. Carmel, Ltd.
Firm name

80 E Columbus Ave
Number    Street

Phoenix    AZ    85012
City    State    ZIP Code

(602) 264-4965    michael@mcarmellaw.com
Contact phone    Email address

007356    AZ
Bar number    State

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| Debtor | District | Case Number |
|---|---|---|
| CLA Woodlands, LLC | District of Arizona | 2:18-bk-00183-BMW |
| CLA Fall Creek, LLC | District of Arizona | 2:18-bk-00182-BMW |
| Children's Learning Adventure of Nevada, LLC | District of Arizona | 2:18-bk-00179-BMW |
| CLA Westerville, LLC | District of Arizona | 2:17-bk-14862-BMW |
| CLA Farm, LLC | District of Arizona | 2:17-bk-14861-BMW |
| CLA Ellisville, LLC | District of Arizona | 2:17-bk-14859-BMW |
| CLA Chanhassen, LLC | District of Arizona | 2:17-bk-14858-BMW |
| CLA Fishers, LLC | District of Arizona | 2:17-bk-14857-BMW |
| CLA Fishers, LLC | District of Arizona | 2:17-bk-14857-BMW |
| CLA One Loudoun, LLC | District of Arizona | 2:17-bk-14856-BMW |
| CLA West Chester, LLC | District of Arizona | 2:17-bk-14855-BMW |
| CLA Carmel, LLC | District of Arizona | 2:17-bk-14854-BMW |
| CLA Maple Grove, LLC | District of Arizona | 2:17-bk-14852-BMW |
| CLA Properties SPE, LLC | District of Arizona | 2:17-bk-14851-BMW |

**Fill in this information to identify the case:**

Debtor name: CLA RIVERSTONE, LLC

United States Bankruptcy Court for the: District of Arizona

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Riverstone CLA Partners, Ltd<br>c/o R. Kevin McInnis, Esq.<br>1502 Augusta Dr., Ste. 400<br>Houston, TX, 77057 | | | Disputed | | | 1,033,671.10 |
| 2 | Forbo Linoleum, LLC<br>PO Box 667<br>Hazelton, PA, 18201 | | | | | | 210,202.65 |
| 3 | Hatch, Inc.<br>PO Box 11927<br>Winston-Salem, NC, 27116 | | | | | | 191,570.08 |
| 4 | Flexground, LLC<br>1809 W. 4th Street<br>Tempe, AZ, 85281 | | | | | | 173,169.89 |
| 5 | ARC Document Solutions, LLC<br>12657 Alcosta Blvd<br>San Ramon, CA, 94583 | | | | | | 142,728.59 |
| 6 | Villa Lighting Supply<br>2929 Chouteau Ave.<br>St. Louis, MO, 63103 | | | | | | 85,272.19 |
| 7 | Hollman, Inc.<br>1825 Walnut Hill Ln.<br>Irving, TX, 75038 | | | | | | 45,720.91 |
| 8 | Trans-West Network Solutions<br>5202 S. 38th Street, Suite A<br>Phoenix, AZ, 85040 | | | | | | 16,068.25 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | FX Models, LLC<br>111 Seymour Road<br>Terryville, CT, 6786 | | | | | | 14,500.00 |
| 10 | Brunswick Bowling & Billiards Corporation<br>525 W. Laketon Ave.<br>Muskegon, MI, 49441 | | | | | | 13,878.17 |
| 11 | Fence Systems<br>441 S Robson #106<br>Mesa, AZ, 85210 | | | | | | 10,852.00 |
| 12 | Progressive Services, Inc<br>23 N. 35th Ave.<br>Phoenix, AZ, 85009 | | | | | | 5,870.67 |
| 13 | Accent Sign and Awning, LLC<br>6015 Skyline Drive<br>Houston, TX, 77057 | | | | | | 5,355.00 |
| 14 | Contract Hardware Co., Inc.<br>374 Apollo Drive<br>Lino Lakes, MN, 55014 | | | | | | 3,675.00 |
| 15 | PRMM Fire & Alarm, LLC<br>7710-T Cherry Park Dr., Suite 356<br>Houston, TX, 77095 | | | | | | 1,722.78 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Debtor: CLA RIVERSTONE, LLC
Case number (if known): _____

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address / Date or dates debt was incurred / Last 4 digits of account number / Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is: $ _____ Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed / Basis for the claim: / Is the claim subject to offset? ☐ No ☐ Yes | $ _____ |
| **2.2** Priority creditor's name and mailing address / Date or dates debt was incurred / Last 4 digits of account number / Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is: $ _____ Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed / Basis for the claim: / Is the claim subject to offset? ☐ No ☐ Yes | $ _____ |
| **2.3** Priority creditor's name and mailing address / Date or dates debt was incurred / Last 4 digits of account number / Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | As of the petition filing date, the claim is: $ _____ Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed / Basis for the claim: / Is the claim subject to offset? ☐ No ☐ Yes | $ _____ |

Debtor: CLA RIVERSTONE, LLC
Case number (if known): _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Accent Sign and Awning, LLC<br>6015 Skyline Drive<br><br>Houston, TX, 77057<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 5,355.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>ARC Document Solutions, LLC<br>12657 Alcosta Blvd<br><br>San Ramon, CA, 94583<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 142,728.59 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Brunswick Bowling & Billiards Corporation<br>525 W. Laketon Ave.<br><br>Muskegon, MI, 49441<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 13,878.17 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Contract Hardware Co., Inc.<br>374 Apollo Drive<br><br>Lino Lakes, MN, 55014<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 3,675.00 |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Fence Systems<br>441 S Robson #106<br><br>Mesa, AZ, 85210<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 10,852.00 |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Flexground, LLC<br>1809 W. 4th Street<br><br>Tempe, AZ, 85281<br><br>Date or dates debt was incurred _____<br>Last 4 digits of account number _____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $ 173,169.89 |

Case 2:19-bk-09743-MCW    Doc 1    Filed 08/05/19    Entered 08/05/19 13:29:12    Desc
Main Document    Page 9 of 20

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210,202.65 |
|---|---|---|---|

Forbo Linoleum, LLC
PO Box 667
Hazelton, PA, 18201

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,500.00 |
|---|---|---|---|

FX Models, LLC
111 Seymour Road
Terryville, CT, 6786

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191,570.08 |
|---|---|---|---|

Hatch, Inc.
PO Box 11927
Winston-Salem, NC, 27116

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,720.91 |
|---|---|---|---|

Hollman, Inc.
1825 Walnut Hill Ln.
Irving, TX, 75038

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,722.78 |
|---|---|---|---|

PRMM Fire & Alarm, LLC
7710-T Cherry Park Dr., Suite 356
Houston, TX, 77095

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

Debtor: CLA RIVERSTONE, LLC     Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address
Progressive Services, Inc
23 N. 35th Ave.
Phoenix, AZ, 85009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,870.67

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.13** Nonpriority creditor's name and mailing address
Riverstone CLA Partners, Ltd
c/o R. Kevin McInnis, Esq.
1502 Augusta Dr., Ste. 400
Houston, TX, 77057

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,033,671.10

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address
Trans-West Network Solutions
5202 S. 38th Street, Suite A
Phoenix, AZ, 85040

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,068.25

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
✓ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address
Villa Lighting Supply
2929 Chouteau Ave.
St. Louis, MO, 63103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$85,272.19

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 4 of 5

Case 2:19-bk-09743-MCW   Doc 1   Filed 08/05/19   Entered 08/05/19 13:29:12   Desc
Main Document    Page 11 of 20

Debtor    CLA RIVERSTONE, LLC                                        Case number (if known)_____
          Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,954,257.28 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,954,257.28 |

**Fill in this information to identify the case:**

Debtor name: CLA RIVERSTONE, LLC

United States Bankruptcy Court for the: District of Arizona

Case number (If known): _____  Chapter 11

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | Riverston CLA Partners, Ltd.<br>c/o R. Kevin McInnis, Esq.<br>1502 Augusta Dr., Ste. 400<br>Houston, TX, 77057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of Arizona

**In re** CLA RIVERSTONE, LLC

Case No. _____

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

   For legal services, I have agreed to accept ............................... $ _____

   Prior to the filing of this statement I have received ..................... $ _____

   Balance Due ............................................................. $ _____

☑ **RETAINER**

   For legal services, I have agreed to accept a retainer of ................. $ 50,000.00

   The undersigned shall bill against the retainer at an hourly rate of ...... $ 600.00

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify) Children's Learning Adventure USA, LLC (Parent Entity)

3. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify) Children's Learning Adventure USA, LLC (Parent Entity)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]      In addition to the retainer of $50,000.00 for legal services, I received $15,453.00 for reimbursement of nine (9) filing fees, each in the amount of $1,717.00

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 5, 2019
Date

/s/ Michael Carmel, 007356
Signature of Attorney
Michael W. Carmel, Ltd.

Name of law firm
80 E Columbus Ave
Phoenix, AZ 85012
michael@mcarmellaw.com

Fill in this information to identify the case and this filing:

Debtor Name __CLA RIVERSTONE, LLC__

United States Bankruptcy Court for the: __District of Arizona__

Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/5/2019__   ✗ /s/ Ira Young 
MM / DD / YYYY   Signature of individual signing on behalf of debtor

Ira Young
Printed name

Authorized Representative
Position or relationship to debtor

Official Form 202   Declaration Under Penalty of Perjury for Non-Individual Debtors

United States Bankruptcy Court
District of Arizona

In re: CLA RIVERSTONE, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 8/5/2019

/s/ Ira Young
Signature of Individual signing on behalf of debtor

Authorized Representative
Position or relationship to debtor

ARC Docun LLC
12657 Alcosta Blvd
San Ramon CA 94583

Accent Sigr LLC
6015 Skyline Drive
Houston TX 77057

Brunswick Bowling & Billiards Corporation
525 W. Laketon Ave.
Muskegon MI 49441

Contract H; Inc.
374 Apollo Drive
Lino Lakes MN 55014

FX Models LLC
111 Seymour Road
Terryville CT 6786

Fence Systems
441 S Robson #106
Mesa AZ 85210

Flexground LLC
1809 W. 4th Street
Tempe AZ 85281

Forbo Linol LLC
PO Box 667
Hazelton PA 18201

Hatch Inc.
PO Box 11927
Winston-Sa NC 27116

Hollman Inc.
1825 Walnut Hill Ln.
Irving TX 75038

PRMM Fire LLC
7710-T Che Suite 356
Houston TX 77095

Progressive Inc
23 N. 35th Ave.
Phoenix AZ 85009

Riverston C Ltd.
c/o R. Kevii Esq.
1502 Augu: Ste. 400
Houston    TX 77057

Riverstone Ltd
c/o R. Kevii Esq.
1502 Augu: Ste. 400
Houston    TX 77057

Trans-West Network Solutions
5202 S. 38t Suite A
Phoenix    AZ 85040

Villa Lighting Supply
2929 Chouteau Ave.
St. Louis    MO 63103